ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 FEB 18 PM 3:22
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TERRY PAUL BURTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 314-126 |
| BRAD HOOKS, Warden, et al., | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 9). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 18th day of February, 2015, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE